IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:16-cr-00090 |
| | ) | Judge Trauger |
| DAVID THOMAS FRANCISCO | ) | |
| | ) | |

## ORDER

A hearing was held on December 12, 2016 on the Superseding Petition to Revoke Supervision (Docket No. 26). The parties announced an agreed disposition that is acceptable to the court.

The defendant pled guilty to Violations 1-5, and the court finds those violations established. Violation No. 6 is DISMISSED upon motion by the government. It is hereby ORDERED that the defendant's supervised release is REVOKED, and he is sentenced to serve 6 months in custody, with no supervision to follow.

It is so **ORDERED**.

ENTER this 12th day of December 2016.

_____
ALETA A. TRAUGER
U.S. District Judge